JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Chris Langer,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Raymond Gilinsky; Raysheil Inc.,<br><br>　　　　Defendants. | Case No. SACV14-01198-MWF(CWx)<br><br>**JUDGMENT** |

In accordance with the Order Granting Plaintiff's Motion for Partial Summary Judgment (Docket No. 45) and the Notice of Resolution of Issues (Docket No. 47), and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is entered in favor of Plaintiff Chris Langer and against Defendants Raymond Gilinsky and Raysheil Inc. on Plaintiff's Unruh Civil Rights Act in the amount of $4,000. Plaintiff shall recover attorney's fees and costs as provided by law.

1

2. Judgment is entered in favor of Defendants Raymond Gilinsky and Raysheil Inc. on Plaintiff's Americans with Disabilities Act, California Disabled Persons Act, and negligence claims, and Plaintiff shall take nothing on these claims by his Complaint.

Dated: February 23, 2016. _____
MICHAEL W. FITZGERALD
United States District Judge